UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JESUS RIVERA, on behalf of himself and all
others similarly-situated,

                        Plaintiff,

-against-

SHOWROOM CONDITION DETAILING, INC.,
and JOSEPH CAIOZZO, individually,

                        Defendants.
-----------------------------------------------------------------X

**STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

No. 14-cv-3925 (ADS)(AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 30 2016 ★

LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, by and through their undersigned counsel who are authorized to execute this Stipulation that, following the Court's January 29, 2016 approval of the settlement as fair and reasonable pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d. Cir. 2015), that this matter is dismissed in its entirety and with prejudice, with each party to bear its own attorneys' fees and costs except as provided for in the settlement agreement and as stated on the record.

Dated: January 29, 2016

By: _____
Alexander T. Coleman, Esq.
Borrelli & Associates, P.L.L.C.
Attorneys for Plaintiffs

By: _____
James P. Clark, Esq.
Law Offices of James P. Clark, P.C.
Attorneys for Defendants

Dated: January 29, 2016

Case closed.

So ordered.

s/ Arthur D. Spatt

Arthur D. Spatt, USDJ   1/30/16